UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>TYRONE ADAM RAMIREZ,<br><br>   Defendant. | NO.  CR-06-2148-JPH<br><br>now<br><br>NO.  CR-06-2148-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION FOR REASSIGNMENT** |

On September 19, 2010, Magistrate Judge James Hutton entered a Report and Recommendation for Reassignment (Ct. Rec. 29).

Judge Hutton recommends that the above-captioned case be assigned to Judge Robert H. Whaley.  No objections have been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Court adopts Magistrate Judge Hutton's Report and Recommendation for Reassignment.

2.  The above-captioned case is **reassigned** to Judge Robert H. Whaley.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel, Magistrate Judge Hutton, and U.S. Probation.

**DATED** this 5th day of October, 2010.

 *s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\CRIMINAL\2006\Ramirez\adoptrr.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION FOR REASSIGNMENT** ~ 1