PROB 12C
(7/93)

Report Date: June 10, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 14 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyrone A Ramirez                     Case Number: 2:06CR02054-001 and
                                                                   2:06CR02148-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/26/2006

Original Offense:    2:06CR02054-001: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)
                     2:06CR02148-001: Assault, Resisting or Impeding a Federal Officer,
                            18 U.S.C. §§ 111(a)(1) and 1114

Original Sentence:   2:06CR02054-001: Prison -            Type of Supervision: Supervised Release
                     57 Months; TSR - 36 Months
                     2:06CR02148-001: Prison - 6
                     Months; TSR - 12 Months

Asst. U.S. Attorney: Gregory M. Shogren                  Date Supervision Commenced: 2/28/2011

Defense Attorney:    Federal Defender's Office           Date Supervision Expires:
                                                         2:06CR02054-001: 9/17/2013
                                                         2:06CR02148-001: 9/7/2011

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Mr. Ramirez tested positive for marijuana on May 19, and 24, 2011. |
|   | According to Alere Toxicology Services, Incorporated, both of Mr. Ramirez' urine specimen collected on May 19 and 24, 2011, had the presence of marijuana. |

Prob12C
Re: Ramirez, Tyrone A
June 10, 2011
Page 2

| | |
|---|---|
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the 5 five days of each month. |

**Supporting Evidence**: Mr. Ramirez failed to submit his monthly report form within the first 5 days for the month of June 2011.

Mr. Ramirez is required to report within the first 5 days of each month and fill out his monthly report form. As of June 9, 2011, Mr. Ramirez has failed to report as directed.

| | |
|---|---|
| 3 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: Mr. Ramirez failed to attend his scheduled ADATSA drug and alcohol assessment on June 7, 2011.

Mr. Ramirez was scheduled to complete an ADATSA drug and alcohol assessment on June 7, 2011, at 9 a.m. According to ADATSA staff, Mr. Ramirez was a no call/no show for his appointment.

| | |
|---|---|
| 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: Mr. Ramirez has failed to report a change of address as of June 9, 2011.

On June 8, 2011, this officer conducted a home visit at the defendant's last reported address. The defendant's roommate advised Mr. Ramirez has not stayed at this address since June 5, 2011, and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Re: Ramirez, Tyrone A.
June 10, 2011
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/10/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/14/2011
Date